UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASSET ENHANCEMENT GROUP, LLC,

        Plaintiff,

-vs-                             Case No. 6:12-cv-1625-Orl-28GJK

SOVEREIGN EQUITIES CORPORATION,
JOHN T. CENTO, JANE DOE CENTO,
ROBERT R. HENDRY, JANE DOE
HENDRY, ROBERT BUSH, JANE DOE
BUSH, LARRY DEWAYNE KEY,
SANDRA KEY, DOES I-X, BLACK AND
WHITE CORPORATIONS I-X,,

        Defendants.

## ORDER

This case is before the Court on Defendant Larry Dewayne Key's Verified Motion to Quash Service with 301(g) Conference Certification (Doc. No. 50) filed April 10, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Defendant Key's Response to the Report and Recommendation, which this Court interprets as Mr. Key's objection to the Report and Recommendation (Doc. 70), the objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 15, 2013 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Service having been made pursuant to Federal Rules of Civil Procedure 4(e)(2)(A), Defendant Larry Dewayne Key's Verified Motion to Quash Service with 301(g) Conference Certification (Doc. No. 50) is **DENIED**.

3.  Defendant Key shall file his response to the Complaint within fourteen (14) days from the date of this Order. Failure to do so may result in a default being entered against him.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20 day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party